UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS FOWLER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. C20-5535-MLP<br><br><br><br>ORDER |

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the Defendant Commissioner of Social Security's decision, with respect to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act, is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings and a new decision.

2. Upon remand, the ALJ will:

   a. Reevaluate the opinion evidence;

   b. As necessary, reevaluate the claimant's residual functional capacity; and

   c. Conduct a new hearing, obtain vocational testimony, resolve any apparent conflicts between the vocational testimony and the *Dictionary of Occupational Titles* as

Page 1      ORDER - [C20-5535-MLP]

required by Social Security Ruling 00-4p, and render findings at step five of the sequential evaluation process.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 21st day of January 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3717
Fax:  (206) 615-2531
lars.nelson@ssa.gov